

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00028-CV

Abelardo **ZAMORA** and Janet Zamora,
Individually and as Next Friends of Abelardo Zamora Jr., a Minor Child,
Appellants

v.

Jacob James **DAVILA**,
Appellee

From the County Court at Law No. 2, Bexar County, Texas
Trial Court No. 387082
Honorable Tina Torres, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee, Jacob James Davila, recover his costs of this appeal from appellants, Abelardo Zamora and Janet Zamora.

SIGNED December 9, 2015.

_____
Rebeca C. Martinez, Justice